
**GREENBERG TRAURIG, LLP**
J. Rick Taché (CA Bar No. 195100)
   (tacher@gtlaw.com)
Tyler R. Andrews (CA Bar No. 250686)
   (andrewst@gtlaw.com)
Erikson C. Squier (CA Bar No. 275274)
   (squiere@gtlaw.com)
Leanna C. Costantini (CA Bar No. 294028)
   (costantinil@gtlaw.com)
3161 Michelson Drive, Suite 1000
Irvine, CA 92612
Telephone:  (949) 732-6500
Facsimile:   (949) 732-6501

**GREENBERG TRAURIG, LLP**
Sarah E. Barrows (CA Bar No. 253278)
   (barrowss@gtlaw.com)
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone:  (415) 655-1300
Facsimile:   (415) 707-2010

Attorneys for Plaintiffs:
FlowRider Surf, Ltd. and Surf Waves Ltd.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOWRIDER SURF, LTD., a Canadian corporation, and<br>SURF WAVES, LTD., a company incorporated in the United Kingdom;<br><br>        Plaintiffs,<br><br>vs.<br><br>PACIFIC SURF DESIGNS, INC., a Delaware corporation;<br><br>        Defendant. | CASE NO. 3:15-CV-01879-BEN-BLM<br><br>**NOTICE OF ERRATA REGARDING PLAINTIFFS' ADDITIONAL BRIEFING REGARDING REQUEST FOR SANCTIONS PURSUANT TO COURT ORDER (ECF NO. 175)** |

**TO THE COURT AND DEFENDANT AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs FlowRider Surf, Ltd., and Surf Waves, Ltd. (collectively, "Plaintiffs") hereby corrects Plaintiffs' Additional Briefing Regarding Request for Sanctions Pursuant to Court Order (ECF No. 175). (*See* ECF No. 188.)

On page 4 of the Memorandum of Points and Authorities, Plaintiffs inadvertently included a chart that contained incorrect data regarding the hourly rates and total fees for Leanna Costantini and Alexis Kovacs. The chart in the concurrently filed declaration of J. Rick Taché contained the correct data. (*See* Taché Decl. ¶ 17.)

In addition, in both the Memorandum of Points and Authorities and the concurrently filed declaration of J. Rick Taché, $.50 was inadvertently omitted from the total for the attorneys' fees incurred in connection with opposing Defendant Pacific Surf Design, Inc.'s ("PSD") Motion to Compel (Taché Decl. ¶ 17) as well as the attorneys' fees incurred in connection with preparing and filing Plaintiffs' additional briefing and declaration (Taché Decl. ¶ 20).

The correct total for the attorneys' fees incurred in connection with opposing PSD's Motion to Compel is $23,277.50, as set forth in the corrected chart below:

| Name/Position | Hours | Hourly Rate | Total Fees |
|---|---|---|---|
| Rick Taché (shareholder) | 3.4 | $995 | $3,383.00 |
| Roger Scott (associate) | 1.6 | $645 | $1,032.00 |
| Leanna Costantini (associate) | 32.5 | $480 | $15,600.00 |
| Alexis Kovacs (paralegal) | 8.7 | $375 | $3,262.50 |
| **TOTAL** | | | **$23,277.50** |

///
///
///
///

1

The correct total for the attorneys' fees incurred in connection with preparing and filing Plaintiffs' additional briefing and declaration is $9,254.50, as set forth in the corrected chart below:

| Name/Position | Hours | Hourly Rate | Total Fees |
|---|---|---|---|
| Rick Taché (shareholder) | .5 | $995 | $497.50 |
| Roger Scott (associate) | 10.6 | $645 | $6,837.00 |
| Leanna Costantini (associate) | 4 | $480 | $1,920.00 |
| **TOTAL** | | | **$9,254.50** |

Thus, the total amount of fees requested, including $32,532 in attorneys' fees and $63.50 in costs (Taché Decl. ¶ 19), should have been $32,595.50 ($1.00 more than requested). Plaintiffs do not seek reimbursement for the additional $1.00, however.

DATED: March 28, 2017

**GREENBERG TRAURIG, LLP**

By  /s/ J. Rick Taché
J. Rick Taché (CA Bar No. 195100)
Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On March 28, 2017, I caused to be electronically filed the following documents, described as:

**NOTICE OF ERRATA REGARDING PLAINTIFFS' ADDITIONAL BRIEFING REGARDING REQUEST FOR SANCTIONS PURSUANT TO COURT ORDER (ECF NO. 175)**

with the Clerk of the United States District Court of the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF system:

Justin M. Barnes
TROUTMAN SANDERS, LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Tel. (858) 509-6000
Fax (858) 509-6040
justin.barnes@troutmansanders.com

Anup M. Shah
TROUTMAN SANDERS, LLP
301 S. College Street, Suite 3400
Charlotte, NC 28202
Tel. (704) 998-4089
Fax (704) 998-4051
anup.shah@troutmansanders.com

Charanjit Brahma
Mark C. Mao
TROUTMAN SANDERS, LLP
580 California Street, 11th Floor
San Francisco, CA 94104
Tel. (415) 477-5724
Fax (415) 477-5710
charanjit.brahma@troutmansanders.com
mark.mao@troutmansanders.com

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 28, 2017, at Irvine, California.

/s/ _ J. Rick Taché
J. Rick Taché