JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
WILLIAM J. KOLEGRAFF (State Bar No. 183861)
*wkolegraff@twtlaw.com*
GRANT J. THOMAS (State Bar No. 325011)
*gthomas@twtlaw.com*
**THOMAS WHITELAW & KOLEGRAFF LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California 92612-7132
Telephone: (949) 679-6400
Facsimile: (949) 679-6405

Attorneys for
Pacific Surf Designs, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOWRIDER SURF, LTD., a Canadian corporation; and SURF WAVES, LTD., a company incorporated in the United Kingdom,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC SURF DESIGNS, INC, a Delaware corporation,<br><br>Defendant. | CASE NO. 3:15-cv-01879-BEN-BLM<br><br>**DEFENDANTS SUPPLEMENTAL SUBMISSION OF SUPPORT FOR ACCOUNTING OF ATTORNEYS' FEES AND COSTS REQUESTED BY THIS COURT'S ORDER [DKT. 308]**<br><br>The Hon. Roger T. Benitez<br>Courtroom 5A |

199866

After prevailing, and upon a proper motion brought by PSD [Dkt. 282], the Court found this case exceptional under the fee shifting provision of 35 U.S.C. § 285 [Dkt. 308]. In compliance with that Order, PSD filed its Support for Fees on March 30, 2020 [Dkt. 309], which Plaintiffs opposed on April 15, 2020 [Dkt. 310]. As ordered by the Court, PSD filed its Response to Plaintiff's Opposition on April 22, 2020 [Dkt. 311]. PSD now files this Supplemental Support for Fees to add fees incurred on this matter after March 30, 2020, which primarily relate to the preparation and filing of PSD's Response [Dkt. 311] and to the preparation of this supplemental support. All the supplemental fees presented herein were billed in April and May 2020, which is after the filing date of PSD's March 30, 2020 Response [Dkt. 311]. No further supplementation is expected prior to the Court entering an order regarding the fee award.

**I. PSD REQUESTS ALL ATTORNEYS' FEES AND COSTS AS THE PREVAILING PARTY UNDER THE FEE SHIFTING PROVISION OF 35 U.S.C. § 285.**

In its Support for Fees [Dkt. 309], PSD requested the Court award all fees and costs for defending this litigation against defendants Flowrider Surf, LTD. and Surf Waves LTD. The Motion included supporting exhibits A to F.

Attached hereto as Exhibit G is the Supplemental Declaration of Joseph Thomas, which sets forth a complete accounting of all supplemental fees incurred by PSD from Thomas Whitelaw after filing the Support for Fees on March 30, 2020. Exhibit G supports a further award of $59,100, which is added to the summary table

below.

Attached hereto as Exhibit H is the Supplemental Declaration of Charanjit Brahma, which sets forth a complete accounting of all supplemental fees incurred by PSD from Troutman Sanders' after filing the Support for Fees on March 30, 2020. Exhibit H supports a further award of $8,572, which is added to the summary table below.

Below is a summary of all fees and costs that are appropriately awarded for a finding that this case is exceptional under §285. The amount as supported from Section I of the Support for Fees [Dkt. 309] is shown, as well as the amount of the supplement supported herein.

| ACTIVITY | AMOUNT |
|---|---|
| Troutman Sanders fees and costs to defend this case (Ex. A) | $2,466,709 |
| Expert costs (Brahma Dec, §A ¶ 4-10) | $ 14,875 |
| Troutman Sanders fees and costs to respond to the Court Order (Ex. C) | $ 18,495 |
| Thomas Whitelaw fees and costs (Ex. E) | $ 224,355 |
| Kaufman Dolowich Fees for prior Surf Waves matter (Ex. F1) | $ 30,471 |
| Kaufman Dolowich Fees for prior Flowrider matter (Ex F2) | $ 4,281 |
| **TOTAL FROM DKT. 309 (Section I)** | **$ 2,759,186** |
| | |
| Thomas Whitelaw supplemental fees (Ex. G) | $ 59,100 |

| Troutman Sanders supplemental (Ex. H) | $ | $8,572 |
|---|---|---|
| **TOTAL SUPPLEMENTAL FEES** | **$** | **67,672** |
| | | |
| **TOTAL JUSTIFIED FEES & COSTS AWARD** | | **$ 2,826,858** |

Accordingly, if the Court finds that PSD should be fully compensated for its finding this case exceptional under §285, the Court should award PSD $2,826,858.

## II. ALTERNATIVELY, PSD REQUESTS THE COURT ALLOCATE COSTS IN THE REASONABLE MANNER IN WHICH PSD OUTLINED IN ITS SUPPORTING DECLARATION.

In the event that the Court finds that PSD is not entitled to all attorneys' fees and costs, and instead allocates the award between the '016 patent and the '589 patent, PSD submitted in its Support for Fees [Dkt. 309] an alternative allocation of attorney's fees.

Attached hereto as Exhibit G is the Supplemental Declaration of Joseph Thomas, which sets forth a complete accounting of all supplemental fees incurred by PSD from Thomas Whitelaw after filing the Support for Fees on March 30, 2020. Exhibit G supports a further award of $59,100, which is added to the summary table below.

Attached hereto as Exhibit H is the Supplemental Declaration of Charanjit Brahma, which sets forth a complete accounting of all supplemental fees incurred by PSD from Troutman Sanders' after filing the Support for Fees on March 30, 2020. Exhibit H supports a further award of $8,572, which is added to the summary table

below.

Below is a summary of all fees and costs that are appropriately awarded for a finding that this case is exceptional under §285 where the Court finds it necessary to reduce the award to reflect activity and tasks directed to the '589 patent. The amount as supported from Section II of the Fee Motion [Dkt. 309] is shown, as well as the amount of the supplement supported herein.

| ACTIVITY | AMOUNT |
|---|---|
| Fees and costs directed only to '016 activities (Ex. B1), allocated at 100% | $ 525,762 |
| Mixed fees and costs directed to '016 and '589 activities (Ex. B2), before June 2017 and allocated at 67% | $1,091,081 |
| Mixed fees directed to '016 and '589 activities (Ex. B3), after June 2017 and allocated at 67% | $ 168,106 |
| Troutman Sanders fees and costs to respond to the Court Order (Ex. C) | $ 18,495 |
| Expert costs (Brahma Dec, §B), allocated | $ 12,969 |
| Thomas Whitelaw fees and costs (Ex. E) | $ 224,355 |
| Kaufman Dolowich Fees for prior Surf Waves matter (Ex. F1) | $ 30,471 |
| **TOTAL FROM DKT. 309 (Section II)** | **$ 2,040,768** |
|  |  |
| Thomas Whitelaw supplemental fees and costs (Ex. G) | $ 59,100 |

| Troutman Sanders supplemental fees and costs (Ex. H) | $ | $8,572 |
|---|---|---|
| **TOTAL SUPPLEMENT** | **$** | **67,672** |
|  |  |  |
| **TOTAL JUSTIFIED FEES AWARD** |  | **$ 2,108,440** |

Accordingly, if the Court finds that PSD should be only partially compensated for its finding this case exceptional under §285, the Court should award PSD $ 2,108,440.

**III.   CONCLUSION**

The Court has found this case exceptional. To compensate PSD properly for litigating this case and deter future unwarranted litigation, an award of all attorneys' fees and costs is proper and just as set forth in Section I above. Alternatively, PSD should be awarded fees and costs as allocated in Section II above.

Dated: May 15, 2020            Respectfully submitted,

                               THOMAS WHITELAW & KOLEGRAFF LLP


                               By:    /s/ Joseph E. Thomas
                                      JOSEPH E. THOMAS
                                      Attorneys for Pacific Surf Designs, Inc.

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on May 14, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

Dated May 15, 2020                By:    /s/ Tierra Mendiola
                                         Thomas Whitelaw & Kolegraff

EXHIBIT G

JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
WILLIAM J. KOLEGRAFF (State Bar No. 183861)
*wkolegraff@twtlaw.com*
GRANT J. THOMAS (State Bar No. 325011)
*gthomas@twtlaw.com*
**THOMAS WHITELAW & KOLEGRAFF LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California 92612-7132
Telephone:  (949) 679-6400
Facsimile:   (949) 679-6405

Attorneys for
Pacific Surf Designs, Inc..

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOWRIDER SURF, LTD., a Canadian corporation; and SURF WAVES, LTD., a company incorporated in the United Kingdom,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC SURF DESIGNS, INC, a Delaware corporation,<br><br>Defendant. | CASE NO. 3:15-cv-01879-BEN-BLM<br><br>**SUPPLEMENTAL DECLARATION OF JOSEPH E. THOMAS IN SUPPORT OF ACCOUNTING OF COSTS AND ATTORNEY'S FEES AWARDED**<br><br>The Hon. Roger T. Benitez<br>Courtroom 5A |

# SUPPLEMENTAL DECLARATION OF JOSEPH E. THOMAS

I, Joseph E. Thomas, declare:

1.  I am an attorney duly admitted to practice law in the State of California and am the managing partner with Thomas Whitelaw & Kolegraff, LLP. I have been an attorney of record and managed this matter since October 30, 2019. If called as a witness, I could and would testify competently as to the facts set forth below, as I know each to be true based upon my own personal knowledge or upon my review of the files and records maintained by Thomas Whitelaw & Kolegraff LLP in the regular course of its representation of the Defendants. I submit this supplemental declaration in support of the accounting for fees and costs incurred by Pacific Surf Designs, Inc. ("PSD") and Flow Services, Inc. ("FS") after March 30, 2020 regarding this matter.

2.  On February 25, 2020 the Court issued an Order [Dkt. 308] finding this case exceptional under 35 U.S.C §285, and awarded reasonable attorney's fees and costs to PSD . In compliance with the Court Order, PSD filed its Support for Fees on March 30, 2020 [Dkt. 309]. On April 15, 2020, Plaintiffs filed their Opposition [Dkt. 310]. On April 22, 2020 PSD filed its Response [Dkt. 311] to the Plaintiffs' Opposition.

3.  Thomas Whitelaw & Kolegraff, now responsible for representing PSD in all matters, expended significant time and effort in preparing the Response [Dkt. 311]. This Response required the evaluation and analysis of Plaintiffs proposed

adjustments to PSD financial exhibits, and the preparation of a 20 page Response.

4. Thomas Whitelaw & Kolegraff also incurred fees in preparing PSD's supplemental support, including this supplemental declaration of J. Thomas and the supplemental declaration of C. Brahma.

5. Below is a true and accurate table identifying the hours incurred responding in preparing the Response [Dkt. 311] and in preparing the supplemental support:

| DATE | BILLER | DESCRIPTION | HRS. | AMT. |
|---|---|---|---|---|
| 4/7/2020 | T. Mendiola | Prepare exceptional case motion into pleading format; Review and revise same. | 2.50 | $375.00 |
| 4/15/2020 | T. Mendiola | Download objections filed by plaintiffs; Route same to team; Review same; Begin preparing reply; Research local rules. | 6.50 | $975.00 |
| | G. Thomas | Review plaintiffs brief/objections; Review plaintiff's spreadsheets; Discussion with W. Kolegraff regarding reply; Meeting with J. Thomas and W. Kolegraff regarding reply; Draft reply outline and research reply. | 13.50 | $4,050.00 |
| | J. Thomas | Review and analyze Whitewater's objections to award of fees and costs; Conduct legal and factual analysis of spreadsheets and legal arguments. | 6.50 | $3,900.00 |
| | W. Kolegraff | Receive and review Whitewater's objections to fee justification; Team meeting regarding same; Review cases regarding joint and several liability; Review and analyze spreadsheets modified by Whitewater; Outline our approach to response to objections. | 6.50 | $3,250.00 |
| 4/16/2020 | T. Mendiola | Review correspondence regarding reply brief; Attention to case documents. | 4.00 | $600.00 |
| | G. Thomas | Draft reply to plaintiff's objections. | 8.00 | $2,400.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | W. Kolegraff | Review cases cited by Whitewater; Begin drafting response to objections. | 6.00 | $3,000.00 |
| 4/17/2020 | T. Mendiola | Review correspondence regarding reply brief. | 0.50 | $75.00 |
| | G. Thomas | Draft reply to plaintiff's objections; Review and edit reply to objections. | 10.50 | $3,150.00 |
| | J. Thomas | Conduct legal research, analysis of spreadsheets and continue drafting reply brief. | 6.50 | $3,900.00 |
| | W. Kolegraff | Further review of case law; Analyze Whitewater spreadsheets; Continue drafting response to objections. | 6.25 | $3,125.00 |
| 4/18/2020 | G. Thomas | Review and edit responses to objections. | 2.00 | $600.00 |
| | W. Kolegraff | Continue drafting response to objections. | 4.50 | $2,250.00 |
| 4/20/2020 | T. Mendiola | Review correspondence regarding reply brief. | 1.00 | $150.00 |
| | G. Thomas | Review and edit responses to objections; Meeting with J. Thomas and W. Kolegraff regarding same; Review and edit responses to objections. | 9.00 | $2,700.00 |
| | J. Thomas | Conference call with client regarding objections and opposition brief; Conference call with C. Brahma regarding objections and arguments regarding legal fees and costs; Continue drafting reply brief. | 4.50 | $2,700.00 |
| | W. Kolegraff | Continue drafting response to objections; Finish first full draft; Route to team for comments; Communications with C. Brahma regarding Whitewater spreadsheets and allocations. | 7.50 | $3,750.00 |
| 4/21/2020 | T. Mendiola | Review reply brief; Revise and edit same; Review correspondence regarding same; Attention to case documents. | 6.50 | $975.00 |
| | G. Thomas | Review and edit responses to objections. | 1.25 | $375.00 |
| | W. Kolegraff | Continue drafting response to objections; Incorporate comments from PSD and C. Brahma. | 5.50 | $2,750.00 |
| 4/22/2020 | T. Mendiola | Review and revise reply brief; Prepare same for filing. | 4.00 | $600.00 |
| | J. Thomas | Finalize reply brief for filing and spreadsheet analysis; Conference calls with client and C. Brahma regarding same. | 7.50 | $4,500.00 |

| | | | | |
|---|---|---|---|---|
| | G. Thomas | Final review of responses to objections brief; Review table of contents. | 2.25 | $675.00 |
| | W. Kolegraff | Finalize response to objections; Attention to filing response. | 8.50 | $4,250.00 |
| 5/13/2020 | W. Kolegraff | Prepare the supplemental submission regarding support for fees; Review and amend the Supplemental Declaration of J. Thomas; Review and amend the Supplemental Declaration of C. Brahma; Prepare supporting spreadsheets for fees. | 5.50 | $2,750.00 |
| | G. Thomas | Review and amend the submission regarding fees and two supporting declarations. | 2.25 | $675.00 |
| | J. Thomas | Prepare the supplemental declarations of J. Thomas and C. Brahma. | 1.00 | $600.00 |
| | | **TOTAL** | | **$59,100.00** |

6. Below is a summary of the hours identified in the table above.

   a. Joseph E. Thomas – 38.0 hours;

   b. William J. Kolegraff – 50.25 hours;

   c. Grant J. Thomas – 48.75 hours; and

   d. Tierra Mendiola – 25.0 hours.

7. I have reviewed the time identified above, and based upon my 39 years of experience as a complex business and patent litigator, find that all fees billed for preparing the Response [Dkt. 311] and for preparing the supplemental support, including the declarations of Charanjit Bramha and Joseph E. Thomas, are reasonable and necessary. Pursuant to the court's order, these supplemental fees which total $59,100 should be awarded to PSD.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 15, 2020, at Irvine, California.

                                         /s/ Joseph E. Thomas
                                         Joseph E. Thomas

**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on May 15, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

Dated May 15, 2020          By:   /s/ Tierra Mendiola
                                  Tierra Mendiola
                                  Thomas Whitelaw & Kolegraff

EXHIBIT H

JOSEPH E. THOMAS (State Bar No. 101443)
*jthomas@twtlaw.com*
WILLIAM J. KOLEGRAFF (State Bar No. 183861)
*wkolegraff@twtlaw.com*
GRANT J. THOMAS (State Bar No. 325011 )
*gthomas@twtlaw.com*
**THOMAS, WHITELAW & KOLEGRAFF LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California 92612-7132
Telephone:  (949) 679-6400
Facsimile:   (949) 679-6405

Attorneys for
Pacific Surf Designs, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOWRIDER SURF, LTD., a Canadian corporation; and SURF WAVES, LTD., a company incorporated in the United Kingdom,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC SURF DESIGNS, INC, a Delaware corporation,<br><br>Defendant. | CASE NO. 3:15-cv-01879-BEN-BLM<br><br>**SUPPLEMENTAL DECLARATION OF CHARANJIT BRAHMA IN SUPPORT OF ACCOUNTING OF COSTS AND ATTORNEY'S FEES AWARDED**<br><br>The  Hon. Roger T. Benitez<br>Courtroom 5A |

# DECLARATION OF CHARANJIT BRAHMA

I, Charanjit Brahma, declare:

1. I am an attorney duly admitted to practice law in the State of California and I am a partner at Troutman Sanders LLP located in their San Francisco office, and I have been so at all times since Troutman Sanders LLP began representing Defendants Pacific Surf Designs, Inc. ("PSD") and Flow Services Inc. ("FS") in this matter (*Flowrider Surf, Ltd. et al v. Pacific Surf Designs, Inc.* Case No. 3:15-cv-01879 BEN BLM).  Troutman Sanders' representation began at the filing of the case in September 2015 and extended until the patent litigation was transferred to the Thomas Whitelaw firm in October 2019.

2. During the period between March 30, 2020 and May 13, 2020, PSD incurred supplemental fees from Troutman Sanders for its support of Thomas Whitelaw in filing the Response to Plaintiffs' Objections [Dkt. 311] and in preparing this Supplemental Declaration. I was the only time biller for Troutman Sanders during this time period, and I billed 12.7 hours at the same reduced hourly rate of $675/hr charged for my time prior to transfer of the case for a total of $8,572.  I personally reviewed the bill that was issued to PSD and FS and found it to be fair and reasonable.  If called as a witness, I could and would testify competently as to the facts set forth below, as I know each to be true based upon my own personal knowledge.

3. Below is a chart which indicates the date, description, hours, and amount for fees incurred in April and May 2020 regarding my support to Thomas Whitelaw in preparing the Response to Plaintiff's Opposition to fees and in preparing this Supplemental Declaration.

| DATE | BILLER | DESCRIPTION | Hrs. | Amt. |
|---|---|---|---|---|
| 04/15/2020 | C. Brahma | Review Plaintiff's opposition brief to fees accounting and related declaration and spreadsheets and prepare comments for PSD's counsel. | 1.6 | $1,080.00 |
| 04/16/2020 | C. Brahma | Review Plaintiff's opposition brief to fees accounting and related declaration and spreadsheets and prepare comments for PSD's counsel. | 3.8 | $2,565.00 |
| 04/20/2020 | C. Brahma | Review and revise draft reply brief re accounting for attorneys' fee award. | 3.2 | $2,160.00 |
| 04/21/2020 | C. Brahma | Review and revise draft reply brief re accounting for attorneys' fee award. | 3.8 | $2,565.00 |
| 05/13/2020 | C. Brahma | Review and revise the supplemental declaration of C. Braham. | 0.3 | $ 202.50 |
| | | **TOTAL FEES BILLED** | **12.7** | **$8,572.00** |

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 15, 2020, at San Francisco, California.

/s/ Charanjit Brahma
Charanjit Brahma

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on May 15, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

Dated May 15, 2020          By:     /s/ Tierra Mendiola
                                    Tierra Mendiola
                                    Thomas Whitelaw & Kolegraff